IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ENTERED ON DOCKET
6/5/01 PURSUANT
TO FRCP RULES 58 & 79a

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                                          Civil No. 96-2249 (JAF)

A) ONE URBAN LOT #30942,
LOCATED AT URB. BAIROA, #7-AA,
CAGUAS, PUERTO RICO, etc.

## AMENDED JUDGMENT

Judgment is entered incorporating the terms and conditions of the parties' "Stipulation for Release of Real Property", Docket Document No. 34, as if set forth at length herein. The $185,000.00 paid by claimants in exchange for the release of the defendant properties is to be forfeited to the United States, to be disposed of according to law. The complaint is dismissed, each party to bear its own costs, expenses, and attorney's fees. This judgment is firm, final, and unappealable.

In San Juan, Puerto Rico, this 31st day of May 2001.

JOSE ANTONIO FUSTE
U.S. DISTRICT JUDGE